IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| KAMONTY LEDON ANDREWS, ) | |
| TDCJ #1323185, ) | |
| Plaintiff, ) | |
| ) | Civil No. 7:12-CV-124-O-BL |
| v. ) | |
| ) | |
| AMERICA STATE BANK CEO, *et al.*, ) | |
| Defendants. ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous.[1]

SO ORDERED this 17th day of September, 2012.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court has notified this Court that Plaintiff failed to either pay the filing fee or seek leave to proceed *in forma pauperis*. Because this case is a duplicate of Plaintiff's previously filed case, the Court will not waste scarce judicial resources seeking a filing fee or a motion for leave to proceed *in forma pauperis*.